1  DANIEL MALAKAUSKAS, SBN 265903
2  P.O. Box 7006
   Stockton, CA 95267
3  Tel: 866-790-2242
   Fax: 888-802-2440
4  daniel@malakauskas.com

5  Attorney for PLAINTIFF

6  TODD HUNT, SBN 174449
7  TWITCHELLE & RICE LLP
   8560 West Sunset Bouelvard, Suite 500
8  West Hollywood, CA 90069
   Tel: 310-994-0157
9  thunt@twitchelleandrice.com

10
11 Attorney for DEFENDANTS

12              UNITED STATES DISTRICT COURT
13              EASTERN DISTRICT OF CALIFORNIA
14                   SACRAMENTO DIVISION
15

16 **CYNTHIA HOPSON**,                   Case No.:  2:15-cv-01837-MCE-CKD
17
18
19        PLAINTIFF,                     **STIPULATED DISMISSAL WITH ORDER GRANTING THEREOF**
20
21   v.                                  [Fed. R. Civ. P. 41]
22 **STAPLES, THE OFFICE SUPERSTORE, INCORPORATED**, dba Staples #726, **BDC CLOVIS LIMITED PARTNERSHIP**, **LWM SOUTHWEST LIMITED LIABILITY COMPANY, LORI WENTLAND McINTOSH**, and DOES 1-10, inclusive,
23
24
25
26        DEFENDANTS.

27      **IT IS HEREBY STIPULATED** by and between the parties in this action through their
28 designated counsel, that this action be and is hereby dismissed in its entirety, **WITH PREJUDICE**,

Stipulated Dismissal with Order Granting Thereof                                          1

pursuant to Federal Rules of Civil Procedure 41(a)(1). The parties shall bear their own costs and attorney fee's in connection with the lawsuit and the negotiation and preparation of any agreement entered into by such parties.

Dated: March 24th, 2016                               /s/Daniel Malakauskas
                                                      Daniel Malakauskas, Attorney for
                                                      Plaintiff

Dated: March 24th, 2016                               /s/Todd Hunt
                                                      Todd Hunt, of,
                                                      TWITCHELLE & RICE LLP,
                                                      Attorneys for Defendants

## ORDER

Given the foregoing stipulation, and good cause appearing, this action be and is hereby dismissed in its entirety, **WITH PREJUDICE**, pursuant to Federal Rules of Civil Procedure 41(a)(1). The parties shall bear their own costs and attorney fee's in connection with the lawsuit and the negotiation and preparation of any agreement entered into by such parties. The matter having now been disposed of in its entirety, the Clerk of Court is directed to close the file.

**IT IS SO ORDERED.**

Dated: April 4, 2016

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT